UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Pensacola_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

William Ray Bryant

Inmate # 0038682

(Enter full name of Plaintiff)

And others simularly situated

VS.

CASE NO: 5:09cv142/SPM/MD

(To be assigned by Clerk)

Rick Anglin, Warden, BCSO
Frank E Owens Assist Warden, BCSO
Ms Chisolm, Classification/Case Manager, BCSO

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

2009 APR 15 AM 11:05

FILED

I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: William Ray Bryant
Inmate Number: 0038682
Prison or Jail: Bay County Detention Facility
Mailing address: 5600 Nehi Road
Panama City
Florida 32404

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Rick Anglin
    Official position: Warden
    Employed at: Bay County Sheriff's Office
    Mailing address: 5600 Nehi Road
    Panama City, FL 32404

(2) Defendant's name: Frank E Owens
    Official position: Assistant Warden
    Employed at: Bay County Sheriff's Office
    Mailing address: 5600 Nehi Road
    Panama City, FL 32404

(3) Defendant's name: Ms Chisolm
    Official position: Classification/Case Manager
    Employed at: Bay County Sheriff's Office
    Mailing address: 5600 Nehi Road
    Panama City, FL 32404

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV.  PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
    Yes(  )                    No(X)

1.  Parties to previous action:
    (a) Plaintiff(s): _____
    (b) Defendant(s): _____
2.  Name of judge: _____   Case #: _____
3.  County and judicial circuit: _____
4.  Approximate filing date: _____
5.  If not still pending, date of dismissal: _____
6.  Reason for dismissal: _____
7.  Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

    Yes(  )                    No(X)

1.  Parties to previous action:
    a. Plaintiff(s): _____
    b. Defendant(s): _____
2.  District and judicial division: _____
3.  Name of judge: _____   Case #: _____
4.  Approximate filing date: _____
5.  If not still pending, date of dismissal: _____
6.  Reason for dismissal: _____

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )   No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case Docket # _____
4. Approximate filing date: _____  Dismissal date: _____
5. Reason for dismissal: _____

4

6.  Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.  STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

Between the dates of March 28, 2009 and April 13, 2009, I have requested to visit the law library five times and volunteered to work in the law library three times by request and verbally two additional times, I have been once - March 31, 2009 (ten min.)

On April 7, Ms. Chisolm escorted me to her office where she became loud and verbally combative. She informed that I am not of pro-se status and therefore had no rights to the law library. She referred to a request I sent April 6, wherein I quoted the Constitutions of America and that of Florida both gauranteed me "Access to the Courts."

On April 9, the law clerk was brought to my dormitory area, but not inside the Dorm. Not one person was granted access to the legal materials.

On April 9, I submitted an emergency greivance wherein I stated that I am a litigant in a civil action and that I must prepare myself. Though I have been charged in another matter causing my incarceration - of which I am innocent and will be exhonerated - I have not been contacted by an attorney - even one appointed.

5

In the absence of representation and in preparation to ask for a dismissal at arraignment, I feel that I must prepare myself in the criminal matter as well. If a motion, according to my perceptions and memories, to dismissed is not entertained at arraignment, additional rules and hurdles are attached to its presentation at a later time. I do not intend to relinquish any of my rights and I intend to make use of any and all defenses available.

That greivance is still located in a box at the front of the dorm labeled "Greivances". I consider this fact as evidence of a non-functioning greivance system. I welcome you to send an officer of the court to "G-2" dorm to recover my emergency greivance.

My greivance was directed to the Warden. All requests are governed, collected, and answered by Ms Chisolm. I presume that Ms Chisolm adheres to the directives of the Warden and Assistant Warden. I have come to believe that there is a system of unwritten policies controlling access to the law library and access to materials and equipment to be used in the production of legal documents.

If I am not allowed access to legal materials and publications for the purposes of research and document publication, I will lose my civil case unnecessarily. Insofar as my criminal case is concerned, I believe I have a right to conduct research to effectuate an exhoneration.

I <u>fear</u> retalliation.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

To be free from prohibitions and/or restrictions on expressive conduct and to be free from interference with activities protected by the free speech or free exercise clauses of the First Amendment. To be free to access the courts by conducting research and to publish legal documents. To be free from interference with investigating and conducting my own defenses to charges brought by the government - Sixth Amend.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I seek declarations of my rights to access legal materials. I seek for this Court to enjoin the BCSO and enforce my rights. I seek compensation for costs of prosecution. In the event of future losses, I will seek damages. An emergency injunction could be dispositive of this case.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

4-13-09
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on: the 13th day of April, 20 09.

(Signature of Plaintiff)

Revised 03/07

7