IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM RAY BRYANT,**
  **Plaintiff,**

vs.             Case No.: 5:09cv142/SPM/MD

**RICK ANGLIN, et al.,**
  **Defendants.**
_____

## REPORT AND RECOMMENDATION

  This cause is before the court upon referral from the clerk. Plaintiff commenced this action on April 15, 2009 by filing a civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). Because plaintiff's complaint was not accompanied by the filing fee or an application to proceed *in forma pauperis*, the court entered an order on April 27, 2009 directing plaintiff to either pay the $350.00 filing fee or file a complete application to proceed *in forma pauperis*, within thirty days. (Doc. 4). Plaintiff was warned that failure to comply with the order would result in a recommendation of dismissal of this action.

  A copy of the order was mailed to plaintiff at his address of record. However, it was returned as undeliverable on May 11, 2009 marked, "Return to Sender - UTF [Unable To Forward]." (Doc. 6). Over thirty days have elapsed and plaintiff has not filed a change of address form or otherwise notified the court of his new address.

  Accordingly, it is respectfully RECOMMENDED:

  1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court informed of his current address.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 15th day of June, 2009.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**