**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

WILLIAM RAY BRYANT,

        Plaintiff,

vs.                              CASE NO. 5:09-cv-142-SPM/MD

RICK ANGLIN, et al.,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate

Judge's Report and Recommendation, which recommends that this action be

dismissed without prejudice for the Plaintiff's failure to keep the court informed of

his current address (doc. 8).  Plaintiff did not receive his copy of the Report and

Recommendation, which was returned to the Court as undeliverable to the

Plaintiff at the only address he provided to the Court.  I have reviewed the matter

de novo and find that the Report and Recommendation is correct and should be

adopted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.      The Magistrate Judge's Report and Recommendation (doc. 8) is

        ***adopted*** and incorporated by reference into this order.

2.      This action is ***dismissed without prejudice***.

3.      The clerk is directed to close the file.

DONE AND ORDERED this <u>twenty-ninth</u> day of June, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
Chief United States District Judge